HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRENCE F SMITH,

        Petitioner,

v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,

        Respondent.

CASE NO. C18-5733 RBL

ORDER

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 13], Petitioner Smith's Objections [Dkt. # 14], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Smith's habeas petition under 28 U.S.C. § 2254 is **DENIED**.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation.

(4) If he appeals, Smith's *in forma pauperis* status should **NOT** continue

The Clerk shall send copies of this Order to Smith's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

Dated this 1st day of March, 2019.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge